PEOPLE v ALBANE

Docket No. 96572. Submitted April 15, 1987, at Detroit. Decided May
    18, 1987.

    Vincent Michael Albane was convicted, on his plea of guilty, of
    delivery of between 50 and 225 grams of cocaine and was
    sentenced to a lifetime of probation with a provision that the
    first year be spent in jail, Macomb Circuit Court, Raymond R.
    Cashen, J. Defendant appealed.

        The Court of Appeals *held:*

        A defendant who is convicted of delivery of cocaine may not
    be sentenced to a lifetime of probation with the provision that
    he spend the first year in jail. The remedy on appeal from such
    a sentence is to set aside the provision for jail time.

        Affirmed except as to the provision for jail time, which is
    reversed.

CONTROLLED SUBSTANCES — SENTENCING — PROBATION — JAIL TIME
    — APPEAL.

    A defendant who is convicted of delivery of cocaine may not be
    sentenced to a lifetime of probation with the provision that he
    spend the first year in jail; the remedy on appeal from such a
    sentence is to set aside the provision for jail time (MCL
    771.3[2], [3]; MSA 28.1133[2], [3]).

*Frank J. Kelley,* Attorney General, *Louis J.
Caruso,* Solicitor General, *Carl J. Marlinga,* Prose-
cuting Attorney, *Donald Milbourn,* Chief Appellate
Lawyer, and *Edward Graham,* Assistant Prosecut-
ing Attorney, for the people.

*Matthew R. Rumora,* for defendant.

Before: J. H. GILLIS, P.J., and BEASLEY and SAW-
YER, JJ.

REFERENCES
Am Jur 2d, Criminal Law §§ 567 *et seq.*; 583.
See the annotations in the Index to Annotations under Parole,
    Probation and Pardon.

Per Curiam. Defendant, Vincent Michael Albane, pled guilty to delivery of cocaine, more than 50 grams but less that 225 grams, in violation of MCL 333.7401(1) and (2)(a)(iii); MSA 14.15(7401)(1) and (2)(a)(iii). Defendant was sentenced to a term of life on probation with a provision that he spend the first year in the Macomb County Jail.

On appeal, defendant claims that this was an unlawful sentence, in violation of MCL 771.3(3); MSA 28.1133(3), which provides as follows:

> (3) Subsection (2) shall *not* apply to a person who is placed on probation for life pursuant to sections 1(3) and 2(3) of this chapter. [Emphasis added.]

Subsection (2) of MCL 771.3; MSA 28.1133 provides:

> (2) As a condition of probation, the court may require the probationer to do 1 or more of the following:
>
> (a) Be imprisoned in the county jail for not more than 12 months, at the time or intervals, which may be consecutive or nonconsecutive, within the probation as the court may determine. However, the period of confinement shall not exceed the maximum period of imprisonment provided for the offense charged if the maximum period is less than 12 months.

We agree with defendant. Consequently, that portion of defendant's sentence providing for one year in the Macomb County jail is determined to be illegal and is, therefore, set aside. Otherwise, defendant's conviction and sentence are affirmed.

Affirmed in part and reversed in part.